AO 106 (Rev. 04/010) Application for Search Warrant

AUTHORIZED AND APPROVED/DATE: D.H. Dilbeck 2/2/2026

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF OKLAHOMA

FILED

In the Matter of the Search of
*(Briefly describe the property to be search*
*Or identify the person by name and address)*
602 SW Eden Place,
Lawton, Oklahoma 73500

Case No: MJ-26-62-SM

2:17 pm, Feb 03, 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: MW, Deputy Clerk

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property *(identify the person or describe property to be searched and give its location)*:

See Attachment A

Located in the Western District of Oklahoma, there is now concealed (*identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim.P.41(c) is(*check one or more*):

☐ evidence of the crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud |

The application is based on these facts:

See attached Affidavit of Special Agent John Ihle, Defense Criminal Investigative Service, Department of Defense Office of the Inspector General, which is incorporated by reference herein.

☒ Continued on the attached sheet(s).
☐ Delayed notice of [No. of Days] days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

*Applicant's signature*

John Ihle
Special Agent
DCIS, DOD-OIG

Sworn to before me and signed in my presence.

Date: 2-3-2026

*Judge's signature*

City and State: Oklahoma City, Oklahoma

Suzanne Mitchell, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>602 SW Eden Place,<br>Lawton, Oklahoma 73050 | Case No. MJ-26-62-SM |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, John T. Ihle, being duly sworn, declare and state as follows:

**INTRODUCTION**

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws. I have been a federal law enforcement officer since 2013. I have been a special agent with the Defense Criminal Investigative Service (DCIS), Department of Defense Office of Inspector General (DODIG) since January 2023, assigned to the Tulsa Resident Agency. Prior to working for DCIS, I was employed with the United States Army's Criminal Investigation Division's Major Procurement Fraud Unit, assigned to the Dallas Fraud and European Resident Offices from October 2016 to January 2023. Prior to working for MPFU, I was an Active-Duty CID Special Agent with the United States Army's Criminal Investigation Division, assigned to the Fort Sill CID Detachment. I have been the lead case agent on several investigations related to health care fraud, financial crimes investigations, complex wire fraud schemes, counterfeiting schemes, and money

laundering. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, and federal law enforcement agencies.

2. I make this affidavit in support of an application for a search warrant of the following location (the **"Subject Property"**): 602 SW Eden Place, Lawton, Oklahoma 73050.

3. As described more fully below, I respectfully submit there is probable cause to believe that at the Subject Property there are located one or more vehicles currently subject to seizure warrants previously issued by this Court. These seizure warrants found that there was probable cause to seize the vehicles because they were purchased with proceeds traceable to criminal violations of 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of our investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## STATEMENT OF PROBABLE CAUSE

5. Johnson Medical Consulting, d/b/a Combined Home Medical Equipment ("Combined"), is an Oklahoma limited liability company located in Lawton, Oklahoma. Combined was owned and/or controlled by Linda and Stewart Johnson. Stewart and Linda

Johnson have three sons, Nathan, Stephen, and Nicholas. All three sons have been employed by Combined during the suspected fraud scheme.

6. My investigation has revealed that the Johnson family, through Combined, engaged in a fraud scheme against TRICARE, a government health care benefits program, by excessively billing the Current Procedure Terminology (CPT) code 94660 (Continuous Positive Airway Pressure (CPAP) initiation and management). A Procedure Code Utilization Report for the TRICARE East Region indicated that Combined ranked first overall for the highest paid provider for CPT 94660 claims. In total, from January 2018 through December 2024, Combined received approximately $26.6 million in reimbursements from TRICARE on CPT 94660 claims.




7. On January 27, 2026, I obtained warrants from this Court to seize 15 vehicles currently under the ownership and/or control of members of the Johnson family that were purchased by the Johnson family with proceeds traceable to the above-mentioned health

care fraud scheme. *See* Case Nos. MJ-26-28-ALM – MJ-26-42-ALM. The fifteen vehicles currently subject to seizure warrants are:

i. 2020 Ford F-250 Super Duty, White, VIN: 1FT8W2BT7LED48776, OK Tag: JWY777, registered to Stephen Johnson, 2504 SW Lee Blvd, Lawton, OK;

ii. 2021 Yamaha Viking YXM700, Utility Vehicle, VIN: 5Y4AMC7E6MA100929, OK Tag: 3T0707, is registered to Stephen Johnson DBA, 602 SW Eden Place, Lawton, OK 73505;

iii. 2022 Yamaha Wolverine RMX4, Utility Vehicle, Turquoise, VIN: 5Y4AN40Y1NA101656, MT Tag: DKB363, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

iv. 2022 Hyundai Santa Fe, Grey, VIN: 5NMS34AJ6NH425955, MT Tag: 777920D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

v. 2022 Ford Edge Titanium, Red, VIN: 2FMPK4K9XNBB15640, MT Tag: 705541E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

vi. 2023 Harley Davidson, Road Glide Special, Red, VIN: 1HD1AFP10PB661205, MT Tag: EGK232, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

vii. 2024 Jeep Grand Cherokee, White, VIN: 1C4RJHEG7R8928198, MT Tag: 757587E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

viii. 2024 Ford F-150 Tremor, White, VIN: 1FTFW4L59RFB67538, MT Tag: 790822E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

ix. 2025 Lincoln Aviator, Red, VIN: 5LM5J7XC3SGL06771, MT Tag: 790892E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

x. 2024 Lincoln Aviator, Blue, VIN: 5LM5J7XCXRGL07880, MT Tag: 791879E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xi. 2025 Ford Mustang GT, White, VIN: 1FAGP8FF6S5113337, MT Tag: 7AA1253, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xii. 2021 Ford F-150 King Ranch, White, VIN: 1FTFW1ED5MFD00937, MT Tag: 747296D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xiii. 2024 Yamaha Drive2 PTV Golf Cart, Blue, SN: DR2AY1XPT;

xiv. 2020 Ford F-150 Raptor, White, VIN: 1FTFW1RG6LFB66586. OK Tag: GOTSVN, registered to Stephen Johnson DBA JMC Inc., 2504 SW Lee Blvd, Lawton, OK 73505; and

xv. 2005 Spartan Mountain Master Motorhome. VIN: 4VZBR1J985C047928, OK Tag: BTU651, registered to Linda I. Johnson, 307 NW 33rd Place, Lawton, OK.

8. Since October 2025, license plate reader cameras have identified eight of the 15 vehicles subject to seizure warrants in the Lawton area:

i. 2020 Ford F-250 Super Duty, White. Identified on January 17, 2026.

ii. 2022 Ford Edge Titanium, Red. Identified on January 22, 2026.

iii. 2024 Ford F-150 Tremor, White. Identified on December 23, 2025.

iv. 2024 Lincoln Aviator, Blue. Identified on January 17, 2026.

v. 2025 Ford Mustang GT, White. Identified on January 22, 2026.

vi. 2021 Ford F-150 King Ranch, White. Identified on January 15, 2025.

vii. 2020 Ford F-150 Raptor, White. Identified on January 9, 2025.

viii. 2005 Spartan Mountain Master Motorhome. Identified on October 8, 2025.

9. On January 29, 2026, I learned additional information from an attorney representing the Johnson family about the current user and/or location of each of the 15 vehicles subject to seizure warrants. The relevant information I learned for each vehicle, or otherwise already knew, is as follows:

i. 2020 Ford F-250 Super Duty, White. Currently used at a Johnson-family-controlled business located at 2504 SW Lee Blvd, Lawton, Oklahoma 73505;

ii. 2021 Yamaha Viking YXM700. Currently used at a Johnson-family-controlled business located at 2504 SW Lee Blvd, Lawton, Oklahoma 73505;

iii. 2022 Yamaha Wolverine RMX4. Currently used at a Johnson-family-controlled business located at 2504 SW Lee Blvd, Lawton, Oklahoma 73505;

iv. 2022 Hyundai Santa Fe, Grey. Currently used by Phillip Johnson and last seen Beaumont, TX.

v. 2022 Ford Edge Titanium, Red. Currently used by Susanne Murray, sister of Stewart Johnson, who is employed by a Johnson family-owned business located at 2504 SW Lee Blvd, Lawton, OK 73505;

vi. 2023 Harley Davidson, Road Glide Special. Dealership file identified Nicholas Johnson as the driver of the motorcycle.

vii. 2024 Jeep Grand Cherokee, White. Currently used by Tommie Deann Bowden, partner of Stephen Johnson, who resides at 416 NW 74th Street, Lawton, Oklahoma 73505.

viii. 2024 Ford F-150 Tremor, White. Currently used by Nicholas Johnson, who resides at 903 SW 78th Street, Lawton, Oklahoma 73505.

ix. 2025 Lincoln Aviator, Red. Currently used by Linda Johnson, who resides at 307 NW 33rd Place, Lawton, Oklahoma 73505.

x. 2024 Lincoln Aviator, Blue. Currently used by Crystal Johnson, who resides at 903 SW 78th Street, Lawton, Oklahoma 73505.

xi. 2025 Ford Mustang GT, White. Under the possession of Stuart Johnson, who resides at 307 NW 33rd Place, Lawton, Oklahoma 73505.

xii. 2021 Ford F-150 King Ranch, White. Currently used by Stuart Johnson, who resides at 307 NW 33rd Place, Lawton, Oklahoma 73505.

xiii. 2024 Yamaha Drive2 PTV Golf Cart, Blue. Currently used at a Johnson-family-controlled business located at 2504 SW Lee Blvd, Lawton, Oklahoma 73505.

xiv. 2020 Ford F-150 Raptor, White. Currently used by Stephen Johnson, who resides at 602 SW Eden Place, Lawton, Oklahoma 73505; and

xv. 2005 Spartan Mountain Master Motorhome, currently owned by Linda Johnson, 307 SW 33rd Place, Lawton, OK 73505.

10. As noted above, 10 of the 15 vehicles are registered to S&L Johnson Ranch LLC, an entity controlled by Stewart and Linda Johnson at the time the vehicles were purchased. I have also learned from the aforementioned Johnson Family attorney that on December 1, 2025, Linda Johnson purportedly sold S&L Johnson Ranch LLC and all of its assets (including the vehicles) to their daughter-in-law, Crystal Johnson, the wife of Nicholas Johnson, Despite a closing date of December 1, 2025, the asset sale agreement provided that Crystal Johnson would not have to begin making payments until April 2026 and that an inventory of all assets would be conducted in February 2026.

11. Members of the Johnson family reside at and/or own certain properties at which the fifteen vehicles may be located, in light of the information described above:

i. 307 NW 33rd Place, Lawton, Oklahoma 73505. Residence of Stuart and Linda Johnson.

ii. 602 SW Eden Place, Lawton, Oklahoma 73050. Residence of Stephen Johnson.

iii. 903 SW 78th Street, Lawton, Oklahoma 73505. Residence of Nicholas and Crystal Johnson.

iv. 416 NW 74th Street, Lawton, Oklahoma 73505. Residence of Tommie Deann Bowden, partner of Stephen Johnson.

v. 2504 SW Lee Blvd, Lawton, Oklahoma 73505. Prior business location of Combined Home Medical Equipment, still owned and controlled by the Johnson family.

vi. 4 SW Deyo Mission Road, Lawton, Oklahoma 73505. This is a private residence owned by Johnson Ranch LLC.

12. I respectfully submit there is probable cause to believe that one or more of the 15 vehicles subject to seizure warrants are located at the Subject Location. I therefore request a warrant to search the location described in Attachment A for the vehicles described in Attachment B.

Respectfully submitted,

John T. Ihle
Special Agent
Defense Criminal Investigative Service
Department of Defense, Office of Inspector General

Subscribed and sworn to before me
on February 3, 2026

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

*Property to be Searched*

The property to be searched is any garage or comparable storage unit capable of housing a vehicle at the residential premises located at 602 SW Eden Place, Lawton, Oklahoma 73050.

The residence located at 602 SW Eden Place, Lawton, Oklahoma 73050, may be searched for the limited purpose of locating keys to any of the vehicles listed in Attachment B.

**ATTACHMENT B**

*Property to be Searched for and, if found, Seized Pursuant to Previously Issued Warrant(s)*

1. 2020 Ford F-250 Super Duty, White, VIN: 1FT8W2BT7LED48776, OK Tag: JWY777, registered to Stephen Johnson, 2504 SW Lee Blvd, Lawton, OK (Seizure Warrant MJ-26-41-ALM);

2. 2021 Yamaha Viking YXM700, Utility Vehicle, VIN: 5Y4AMC7E6MA100929, OK Tag: 3T0707, is registered to Stephen Johnson DBA, 602 SW Eden Place, Lawton, OK 73505 (Seizure Warrant MJ-26-40-ALM);

3. 2022 Yamaha Wolverine RMX4, Utility Vehicle, Turquoise, VIN: 5Y4AN40Y1NA101656, MT Tag: DKB363, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-38-ALM);

4. 2022 Hyundai Santa Fe, Grey, VIN: 5NMS34AJ6NH425955, MT Tag: 777920D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-39-ALM);

5. 2022 Ford Edge Titanium, Red, VIN: 2FMPK4K9XNBB15640, MT Tag: 705541E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-42-ALM);

6. 2023 Harley Davidson, Road Glide Special, Red, VIN: 1HD1AFP10PB661205, MT Tag: EGK232, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-37-ALM);

7. 2024 Jeep Grand Cherokee, White, VIN: 1C4RJHEG7R8928198, MT Tag: 757587E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-36-ALM);

8. 2024 Ford F-150 Tremor, White, VIN: 1FTFW4L59RFB67538, MT Tag: 790822E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-34-ALM);

9. 2025 Lincoln Aviator, Red, VIN: 5LM5J7XC3SGL06771, MT Tag: 790892E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-35-ALM);

10. 2024 Lincoln Aviator, Blue, VIN: 5LM5J7XCXRGL07880, MT Tag: 791879E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-33-ALM);

11. 2025 Ford Mustang GT, White, VIN: 1FAGP8FF6S5113337, MT Tag: 7AA1253, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 (Seizure Warrant MJ-26-32-ALM);

12. 2021 Ford F-150 King Ranch, White, VIN: 1FTFW1ED5MFD00937, MT Tag: 747296D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901(Seizure Warrant MJ-26-31-ALM);

13. 2024 Yamaha Drive2 PTV Golf Cart, Blue, SN: DR2AY1XPT (Seizure Warrant MJ-26-30-ALM);

14. 2020 Ford F-150 Raptor, White, VIN: 1FTFW1RG6LFB66586. OK Tag: GOTSVN, registered to Stephen Johnson DBA JMC Inc., 2504 SW Lee Blvd, Lawton, OK 73505 (Seizure Warrant MJ-26-29-ALM); and

15. 2005 Spartan Mountain Master Motorhome. VIN: 4VZBR1J985C047928, OK Tag: BTU651, registered to Linda I. Johnson, 307 NW 33rd Place, Lawton, OK (Seizure Warrant MJ-26-28-ALM).

16. Keys for any of the above-listed vehicles